# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON WHITTNEY ERVIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCED POLICE DEPARTMENT; E. CHAVEZ, BADGE NO. 156; SERGEANT APONTE; OFFICER SALYER, BADGE NO. 191; and PADGETT BADGE NO. 180,<br><br>  Defendants. | 1:12-cv-1779 AWI GSA<br><br>ORDER DISMISSING CASE |

Plaintiff, Elton Whittney Ervin, ("Plaintiff"), a state prisoner, appearing pro se and proceeding in forma pauperis, filed the instant complaint on June 29, 2012, in the United States District Court, Northern District of California. (Doc. 1). In the complaint, Plaintiff contended he was unlawfully detained by the police, illegally arrested, and unlawfully beaten outside of his residence in Fresno, California. Plaintiff alleged civil rights violations pursuant to 42 U.S.C. § 1983 based on cruel and unusual punishment. Plaintiff named several Defendants including, the Merced Police Department; Officer E. Chavez (Badge No. 156); Officer Adonte (Badge No. "Unknown"); Officer Salyer (Badge No. 191) and Officer Padgett (Badge No. 180) (Collectively,

"Defendants"). The case was transferred to this Court on November 5, 2012 because the events alleged in the complaint occurred within this district.

On November 13, 2012, Magistrate Judge Gary Austin screened Plaintiff's complaint. The Court determined that Plaintiff had not properly stated a section 1983 cause of action but gave Plaintiff leave to file an amended complaint. Plaintiff filed a First Amended Complaint against Defendants on January 10, 2013. (Doc. 16). On March 7, 2103, the case was screened a second time. Plaintiff still had not presented a cognizable section 1983 claim, however, he was given leave to file a Second Amended Complaint within thirty (30) days. (Doc. 17). The Second Amended Complaint is due on April 11, 2013.

Unbeknownst to the Court, Plaintiff had also filed the same action in the Merced County Superior Court on June 12, 2012, alleging identical causes of action against Defendants. He filed a First Amended Complaint in the case in the Merced County Superior Court on January 3, 2013, and first served Defendants on February 25, 2013. The Court became aware of the concurrent filings when Defendants removed the Merced County Superior Court case to this Court on March 27, 2013. *See*, *Elton Whittney Ervin v. Merced Police Department et. al.*, 13-cv-446 AWI-GSA. Defendants have filed a Motion to Dismiss that is scheduled for a hearing on May 20, 2013. (Doc. 4).

Since the second case that Defendants removed alleges the same cause of action as the instant case, this case is now duplicative. As there is currently no complaint pending in this action, the instant action shall be dismissed. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __April 5, 2013__     _____
                             SENIOR DISTRICT JUDGE